**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| In Re: | Robert Arthur Josephs<br>Dianne Kiddell Josephs<br>**Debtor(s)** | Case No.: 14–36922<br>Chapter: 13 |

ENTERED
06/16/2020

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/16/20

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE